ACCEPTED
15-25-00088-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/30/2025 3:21 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00088-CV

IN THE COURT OF APPEALS

FOR THE FIFTEENTH JUDICIAL DISTRICT

AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/30/2025 3:21:29 PM
CHRISTOPHER A. PRINE
Clerk

IN RE: ASTRAZENECA PHARMACEUTICALS LP

*Relator*

Original Proceeding from the 71st Judicial District Court
in Harrison County, Texas
The Honorable Brad Morin, Presiding

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE BRIEF FOR REAL PARTIES-IN-INTEREST AND PLAINTIFFS**

Samuel F. Baxter
Jennifer L. Truelove
McKool Smith, P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
(903) 923-9000
Fax: (903) 923-9099

Mark Lanier
Zeke DeRose
Jonathan Wilkerson
THE LANIER FIRM
10940 W. Sam Houston Pkwy N, Suite 100
Houston, TX 77064
(800) 723-3216
Fax: (713) 659-2204

***Attorneys for Plaintiffs and
Real-Parties-in-Interest SCEF, LLC and
Lynne Levin-Guzman***

4886-1809-5088

Plaintiffs and Real-Parties-in-Interest (collectively, "Plaintiffs") respectfully request a 21-day extension to submit their responsive briefing to the mandamus petition filed by Relator AstraZeneca Pharmaceuticals LP ("AstraZeneca"), making the response due on June 30, 2025. In support of their motion, Plaintiffs state as follows:

1. On May 9, AstraZeneca filed a petition for writ of mandamus challenging a venue-related ruling the District Court issued on September 1, 2023—21 months ago.

2. The current deadline for Plaintiffs to file their responsive briefing is June 9, 2025.

3. Fact discovery in this litigation is scheduled to close in the next few weeks and, between June 3 and June 30, 2025, the parties are scheduled to take at least 10 fact depositions.

4. Because Plaintiffs' legal team is stretched to capacity with fact discovery, Plaintiffs require a three-week extension to prepare their responsive briefing to the mandamus petition.

5. Plaintiffs have conferred with AstraZeneca, who has consented to the relief requested herein.

4886-1809-5088

6. Plaintiffs respectfully request that the Court extend the deadline for Plaintiffs to file their responsive briefing to June 30, 2025.

7. No prior requests to extend the briefing deadlines in this matter have been made.

4886-1809-5088

May 30, 2025                                        Respectfully submitted,

*/s/ Sam Baxter*

Samuel F. Baxter (co-lead counsel)
sbaxter@mckoolsmith.com
Jennifer L. Truelove
jtruelove@mckoolsmith.com
MCKOOL SMITH P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
(903) 923-9000
Fax: (903) 923-9099

*/s/ W. Mark Lanier*

Mark Lanier (co-lead counsel)
WML@LanierLawFirm.com
Zeke DeRose
Zeke.DeRose@LanierLawFirm.com
Jonathan Wilkerson
Jonathan.Wilkerson@LanierLawFirm.com
THE LANIER FIRM
6810 FM 1960 West
Houston, Texas 77069
(800) 723-3216
Fax: (713) 659-2204

***ATTORNEYS FOR PLAINTIFF/REAL-PARTY-IN-INTEREST HEALTH SELECTION GROUP, LLC***

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, concurrently with the filing of this motion, a true and correct copy of the above and foregoing document has been served to counsel of record through the Court's e-filing system.

/s/ Samuel F. Baxter
Samuel F. Baxter

## CERTIFICATE OF CONFERENCE

The undersigned certifies that Plaintiffs requested AstraZeneca's consent to the relief sought herein. Counsel for AstraZeneca indicated that AstraZeneca consents to Plaintiffs' request for extension.

/s/ Samuel F. Baxter
Samuel F. Baxter

4

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 101451598
Filing Code Description: Motion
Filing Description: UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF FOR REAL PARTIES-IN-INTEREST AND PLAINTIFFS
Status as of 5/30/2025 3:27 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kennon L.Wooten | | kwooten@scottdoug.com | 5/30/2025 3:21:29 PM | SENT |
| Angela Goldberg | | agoldberg@scottdoug.com | 5/30/2025 3:21:29 PM | SENT |
| Jonathan Wilkerson | 24050162 | jonathan.wilkerson@lanierlawfirm.com | 5/30/2025 3:21:29 PM | SENT |
| Melissa Smith | 24001351 | melissa@gillamsmithlaw.com | 5/30/2025 3:21:29 PM | SENT |
| William Peterson | 24065901 | William.Peterson@morganlewis.com | 5/30/2025 3:21:29 PM | SENT |
| Brian McBride | 24002554 | scott.mcbride@morganlewis.com | 5/30/2025 3:21:29 PM | SENT |
| Zeke DeRose | 24057421 | zeke.derose@lanierlawfirm.com | 5/30/2025 3:21:29 PM | SENT |
| Jennifer Truelove | 24012906 | jtruelove@mckoolsmith.com | 5/30/2025 3:21:29 PM | SENT |
| Alex Brown | 24026964 | alex.brown@lanierlawfirm.com | 5/30/2025 3:21:29 PM | SENT |
| Lynne Kurtz-Citrin | 24081425 | lynne.kurtz-citrin@oag.texas.gov | 5/30/2025 3:21:29 PM | SENT |
| Jonathan Bonilla | 24073939 | Jonathan.Bonilla@oag.texas.gov | 5/30/2025 3:21:29 PM | SENT |
| W. Mark Lanier | 11934600 | jrm@lanierlawfirm.com | 5/30/2025 3:21:29 PM | SENT |
| Heidi Rasmussen | 24090345 | heidi.rasmussen@morganlewis.com | 5/30/2025 3:21:29 PM | SENT |
| Ruth Adams | | radams@scottdoug.com | 5/30/2025 3:21:29 PM | SENT |
| Steve McConnico | | smcconnico@scottdoug.com | 5/30/2025 3:21:29 PM | SENT |
| Jordan Kadjar | | jkadjar@scottdoug.com | 5/30/2025 3:21:29 PM | SENT |
| John Dodds | | john.dodds@morganlewis.com | 5/30/2025 3:21:29 PM | SENT |
| Erica Jaffe | | erica.jaffe@morganlewis.com | 5/30/2025 3:21:29 PM | SENT |
| W. Mark Lanier | | WML@LanierLawFirm.com | 5/30/2025 3:21:29 PM | SENT |
| Cynthia Lu | | cynthia.lu@oag.texas.gov | 5/30/2025 3:21:29 PM | ERROR |
| Steven Strauss | | steven.strauss@morganlewis.com | 5/30/2025 3:21:29 PM | SENT |